

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00369-CV

———————————————

CENTURY SPORTS WEARS, INC. D/B/A WYNFORD WHOLESALE, PERVEZ
DAREDIA, AND SHARAF DAREDIA, Appellants

V.

WALLIS BANK F/K/A WALLIS STATE BANK, Appellee

---

On Appeal from the 362nd District Court
Denton County, Texas
Trial Court No. 19-3906-362

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

We dismissed the appeal of Appellants Century Sports Wears, Inc. d/b/a Wynford Wholesale, Pervez Daredia, and Sharaf Daredia on December 5, 2019, when they failed to pay the appeal's filing fee after we twice notified them that failure to do so would result in dismissal. Less than two weeks later, they paid the filing fee and filed a motion to reinstate their appeal, which we granted, withdrawing our December 5, 2019 dismissal opinion and judgment.

In our January 7, 2020 order granting the motion to reinstate, we noted that, in a pending motion, Appellants had raised a serious question about whether this court had jurisdiction, and we informed them that unless they, or any other party desiring to continue the appeal, filed with the court, on or before January 17, 2020, a response showing grounds for continuing the reinstated appeal, we would dismiss it. *See* Tex. R. App. P. 42.3(a), (c). We have received no response. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: February 20, 2020